Nasrinpay v Travelers Ins. Co. (2022 NY Slip Op 50611(U))

[*1]

Nasrinpay v Travelers Ins. Co.

2022 NY Slip Op 50611(U) [75 Misc 3d 142(A)]

Decided on June 17, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 17, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DONNA-MARIE E. GOLIA, CHEREÉ
A. BUGGS, JJ

2021-168 K C

John A. Nasrinpay, as Assignee of Leach,
Eric, Appellant, 
against
Travelers Insurance Company, Respondent.

The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for appellant.
Zaklukiewicz, Puzo & Morrissey, LLP (William E. Morrissey, Jr. of counsel), for
respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Nicholas
W. Moyne, J.), dated February 25, 2021. The order granted defendant's motion for summary
judgment dismissing the complaint and denied plaintiff's cross motion for summary
judgment.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order of the Civil Court which granted defendant's motion for summary judgment
dismissing the complaint and denied plaintiff's cross motion for summary judgment.
In support of its motion, defendant submitted an affidavit and documentary evidence which
established, prima facie, its lack of coverage defense (see Tam Med. Supply Corp. v Omni Indem. Co., 48 Misc 3d
142[A], 2015 NY Slip Op 51294[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists
2015]; Delta Diagnostic Radiology, P.C.
v American Tr. Ins. Co., 44 Misc 3d 136[A], 2014 NY Slip Op 51240[U] [App Term,
2d Dept, 2d, 11th & 13th Jud Dists 2014]; Vincent Med. Servs., P.C. v Omni Indem. Co., 42 Misc 3d 142[A],
2014 NY Slip Op 50224[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2014]; Great Health Care Chiropractic, P.C. v
Omni Indem. Co., 40 Misc 3d 139[A], 2013 NY Slip Op 51450[U] [App Term, 2d Dept,
2d, 11th & 13th Jud Dists 2013]). As plaintiff failed to demonstrate the existence of a triable
issue of fact, the Civil Court properly granted defendant's motion for summary judgment
dismissing the complaint and denied plaintiff's cross motion for summary judgment.
Accordingly, the order is affirmed.
ALIOTTA, P.J., GOLIA and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 17, 2022